# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ALVENIO CULPEPPER, : No. 123 MAP 2016

Appellant : Appeal from the Order of the
: Commonwealth Court dated November
: 21, 2016 at No. 548 MD 2015.

v. :

PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS; SCI GRATERFORD, :

Appellee :

## ORDER

**PER CURIAM** **DECIDED: June 20, 2017**

**AND NOW,** this 20th day of June, 2017, the Order of the Commonwealth Court is **AFFIRMED.**